Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−10814−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glenny Paula−Jimenez
   aka Glenny P. Jimenez
   164 22nd Ave, First Floor
   Paterson, NJ 07513

Social Security No.:
   xxx−xx−6288

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 03/28/2019 and a confirmation hearing on the Modified Plan is scheduled for 05/02/2019 at 8:30 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 28, 2019
JAN: dlr

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Glenny Paula-Jimenez  
    Debtor

Case No. 19-10814-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3      Date Rcvd: Mar 28, 2019  
                      Form ID: 186      Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.

```
db              +Glenny Paula-Jimenez,   164 22nd Ave, First Floor,   Paterson, NJ 07513-1341
517967937       +AMEX,   PO BOX 297871,   FORT LAUDERDALE, FL 33329-7871
517967941       +BARCLAYS BANK DELAWARE,   P.O. BOX 8803,   WILMINGTON, DE 19899-8803
517967942       +CAP1/DBARN,   PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517967949       +CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
517967950       +CCS/FIRST NATIONAL BAN,   500 EAST 60TH ST NORTH,   SIOUX FALLS, SD 57104-0478
517967951       +CHASE CARD,   PO BOX 15298,   WILMINGTON, DE 19850-5298
517967952       +CITI,   PO BOX 6190,   SIOUX FALLS, SD 57117-6190
517967948      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: CBNA,   50 NORTHWEST POINT ROAD,   ELK GROVE VILLAGE, IL 60007)
517967957       +COMENITYCB/DELL,   PO BOX 182120,   COLUMBUS, OH 43218-2120
518074356        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518147407       +City of Paterson ATTN: Lien Department,   155 Market St.,   Paterson NJ 07505-1414
517967958       +Convergent,   800 SW 39th St.,   Renton, WA 98057-4927
517967960       +DSNB MACYS,   PO BOX 8218,   MASON, OH 45040-8218
517967961       +FIRST PREMIER BANK,   601 S MINNESOTA AVE,   SIOUX FALLS, SD 57104-4868
517967964       +FNCC,   500 EAST 60TH ST NORTH,   SIOUX FALLS, SD 57104-0478
517967966       +GMAC MORTGAGE,   3451 HAMMOND AVE,   WATERLOO, IA 50702-5300
517967971       +HY CITE/ROYAL PRESTIGE,   333 HOLTZMAN RD,   MADISON, WI 53713-2109
517967967       +Hackensack Meridian Health,   30 Prospect Ave,   Hackensack, NJ 07601-1915
517967968       +Hackensack Radiology GRP,   PO Box 416367,   Boston, MA 02241-6367
517967969       +Hackensack University Medical Center,   ATTN: Transworld Systems Inc,   1 Huntington Quadrangle,
                 Suite 2S01,   Melville, NY 11747-4438
517967970       +Hackensack University Medical Center,   PO BOX 95000,   Philadelphia, PA 19195-0001
517967975       +MCS Claim Services, Inc.,   123 Frost Street,   Suite 150,   Westbury, NY 11590-5027
517967976       +MERCURY/FBT,   PO BOX 84064,   COLUMBUS, GA 31908-4064
517967978        North Shore Agency, Inc,   PO Box 8901,   Westbury, NY 11590
517967979       +Ocwen Loan Servicing,   PO Box 24736,   West Palm Beach, FL 33416-4736
518030165        Ocwen Loan Servicing, LLC,   ATTN: Bankruptcy Department,   P.O. Box 24605,
                 West Palm Beach, FL 33416-4605
517967980       +SANTANDER CONSUMER USA,   PO BOX 961245,   FT WORTH, TX 76161-0244
518147408       +Specialized Loan Servicing, LLC,   8742 Lucent Blvdm Suite 300,
                 Highlands Ranch, CO 80129-2386
517967982       +St Josephs Emergency Physicians,   PO Box 14000,   Belfast, ME 04915-4033
517967983       +St Josephs Regional Medical Center,   PO Box 32025,   New York, NY 10087-2025
517968000       +TBOM/ATLS/FORTIVA THD,   PO BOX 10555,   ATLANTA, GA 30310-0555
517968001       +THD/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
518103208       +The Bank of Missouri,   PO Box 105555,   Atlanta, GA 30348-5555
518005005       +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517968002      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: US BANK,   4325 17TH AVE S,   FARGO, ND 58125)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:39     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:49
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517967936       +E-mail/Text: ally@ebn.phinsolutions.com Mar 29 2019 00:19:24     ALLY FINANCIAL,
                 200 RENAISSANCE CTR,   DETROIT, MI 48243-1300
517967938       +E-mail/Text: g17768@att.com Mar 29 2019 00:19:27     AT & T,   PO Box 5014,
                 Carol Stream, IL 60197-5014
518074420       +E-mail/Text: g20956@att.com Mar 29 2019 00:21:18     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
517967943       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:23:00     CAP1/NEIMN,
                 26525 N RIVERWOODS BLVD,   METTAWA, IL 60045-3440
517967946       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:23:41     CAPITAL ONE,
                 PO BOX 5253,   CAROL STREAM, IL 60197-5253
517967945       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:23:41     CAPITAL ONE,
                 PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517967944        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:23:41     CAPITAL ONE,
                 15000 CAPITAL ONE DR,   RICHMOND, VA 23238
517967953       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 00:20:08     COMENITY BANK/EXPRESS,
                 PO BOX 182789,   COLUMBUS, OH 43218-2789
517967954       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 00:20:08     COMENITYBANK/NY&CO,
                 PO BOX 182789,   COLUMBUS, OH 43218-2789
517967955       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 00:20:09     COMENITYBANK/VICTORIA,
                 PO BOX 182789,   COLUMBUS, OH 43218-2789
518044983       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 00:23:18
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
```

```
District/off: 0312-2          User: admin                  Page 2 of 3                   Date Rcvd: Mar 28, 2019
                              Form ID: 186                 Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518026138      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:10      Dr Leonards Shop Now,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517967959      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:10      Dr. Leonards,    Shop Now,
                 Pay Plan,    PO Box 2852,    Monroe, WI 53566-8052
517967965      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 29 2019 00:21:57       GENESIS BC/CELTIC BANK,
                 268 S STATE ST, STE 300,    SALT LAKE CITY, UT 84111-5314
518027985       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2019 00:20:55      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517967972      +E-mail/Text: bncnotices@becket-lee.com Mar 29 2019 00:19:32      KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
518129798       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2019 00:23:14      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518021616       E-mail/Text: bkr@cardworks.com Mar 29 2019 00:19:10      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517967977      +E-mail/Text: bkr@cardworks.com Mar 29 2019 00:19:10      MERRICK BANK CORP,    PO BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
518026140      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:11      Mason,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517967973       E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:11      Mason Easy-Pay,    P.O.Box 2808,
                 Monroe, WI 53566-8008
518026141      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:11      Massey’s,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517967974      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:11      Masseys,    P.O. Box 2822,
                 Monroe, WI 53566-8022
518122098       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:35:04
                 Portfolio Recovery Associates, LLC,    c/o Banana Republic,    POB 41067,    Norfolk VA 23541
518102098       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:03
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
518121865       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:34:37
                 Portfolio Recovery Associates, LLC,    c/o Gap,    POB 41067,    Norfolk VA 23541
518121879       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:03
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
518077288       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:35:29
                 Portfolio Recovery Associates, LLC,    c/o Qcard,    POB 41067,    Norfolk VA 23541
518138842       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:43
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517994967      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2019 00:20:55      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518044305       E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 00:20:25
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
518121310       E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 00:20:25
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517967981       E-mail/Text: appebnmailbox@sprint.com Mar 29 2019 00:20:31      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197
517967987      +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Mar 29 2019 00:20:01
                 STATE FARM BANK, F.S.B,    PO BOX 2313,    BLOOMINGTON, IL 61702-2313
517967988      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:27      SYNCB/BANANA REP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967990      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:27      SYNCB/EVINE,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967991      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:07      SYNCB/GAP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967993      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:46      SYNCB/LORD & TAY,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
517967994      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:46      SYNCB/LOWES,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967995      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:45      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967997      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:45      SYNCB/QVC,    PO BOX 965018,
                 ORLANDO, FL 32896-5018
517967999      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:46      SYNCB/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
518070192       E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Mar 29 2019 00:20:01
                 State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
517969373       E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517968003      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2019 00:19:14
                 VERIZON,    PO BOX 650584,    DALLAS, TX 75265-0584
517968004      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2019 00:19:14
                 VERIZON WIRELESS,    PO BOX 650051,    DALLAS, TX 75265-0051
518122275      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 00:22:34      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517968005      +E-mail/Text: bnc-bluestem@quantum3group.com Mar 29 2019 00:21:22      WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 51
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Mar 28, 2019
                              Form ID: 186             Total Noticed: 87

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517967939*        +AT & T,    PO Box 5014,    Carol Stream, IL 60197-5014
517967940*        +AT & T,    PO Box 5014,    Carol Stream, IL 60197-5014
517967947*        +CAPITAL ONE,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
517967956*        +COMENITYBANK/VICTORIA,    PO BOX 182789,    COLUMBUS, OH 43218-2789
517967962*        +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
517967963*        +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
517967989*        +SYNCB/BANANA REP,    PO BOX 965005,    ORLANDO, FL 32896-5005
517967992*        +SYNCB/GAP,    PO BOX 965005,    ORLANDO, FL 32896-5005
517967996*        +SYNCB/OLD NAVY,    PO BOX 965005,    ORLANDO, FL 32896-5005
517967998*        +SYNCB/QVC,    PO BOX 965018,    ORLANDO, FL 32896-5018
517967984*        +St Josephs Regional Medical Center,    PO Box 32025,    New York, NY 10087-2025
517967985*        +St Josephs Regional Medical Center,    PO Box 32025,    New York, NY 10087-2025
517967986*        +St Josephs Regional Medical Center,    PO Box 32025,    New York, NY 10087-2025
                                                                                 TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Tows Point Master Funding Trust 2018-PM22 CO1, U.S.
               Bank National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Tows Point Master Funding Trust 2018-PM22 CO1,
               U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Glenny  Paula-Jimenez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```