**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        0 Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: Glenny Paula-Jimenez

Case No.: 19-10814
Judge: VFP

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                     ■ Modified/Notice Required            Date: March 28, 2019
☐ Motions Included             ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  RLL      Initial Debtor:  G P      Initial Co-Debtor  _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay  150.00 Monthly*  to the Chapter 13 Trustee, starting on  February 1, 2019  for approximately 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
  
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection    [X] NONE

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Russell L. Low 4745 | Attorney Fees | 3,750.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
■ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ocwen Loan Servicing | 164 22nd Ave, First Floor Paterson, NJ 07513  Passaic County | 1,319.47 | 2.00 | 1,396.16 | 1,664.75 |
| Specialized Loan Servicing | 164 22nd Ave, First Floor Paterson, NJ 07513  Passaic County | 25,209.64 | 5.00 | 29,067.08 | 259.84 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c. **Secured claims excluded from 11 U.S.C. 506:** ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| STATE FARM BANK, F.S.B |

### g. Secured Claims to be Paid in Full Through the Plan ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| City of Paterson ATTN: Lien Department | 164 22nd Ave, First Floor Paterson, NJ 07513  Passaic County | 2,820.87 |

## Part 5:  Unsecured Claims          ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
   ☐   Not less than $_____ to be distributed *pro rata*

   ☐   Not less than _____ percent

   ■   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases       X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Part 7: Motions | X NONE |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

| Part 8: Other Plan Provisions |
|---|

    a. **Vesting of Property of the Estate**
        ■ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
        1) Ch. 13 Standing Trustee Commissions
        2) Other Administrative Claims
        3) Secured Claims
        4) Lease Arrearages

5

5) Priority Claims
6) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification   ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: January 14, 2019.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being modified to include the 2nd mortgage, Specialized Loan Servicing and to pay City of Paterson. | The Plan is being modified by adding in arrears to Specialized Loan Servicing and City of Paterson to be paid through the plan. An increased trustee payment of $714.02 starting May 1, 2019 is being proposed. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ■ Yes   ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
*This plan is a step plan or has lumpsum payments as follows: $150.00 per month for 3 months, then $714.02 per month for 57 months

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: March 28, 2019    /s/ Glenny Paula-Jimenez
Glenny Paula-Jimenez
**Debtor**

Date: _____    _____
**Joint Debtor**

Date March 28, 2019    /s/ Russell L. Low
Russell L. Low 4745
Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-10814-VFP
Glenny Paula-Jimenez                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3             Date Rcvd: Mar 28, 2019
                              Form ID: pdf901          Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
```
db              +Glenny Paula-Jimenez,    164 22nd Ave, First Floor,    Paterson, NJ 07513-1341
517967937       +AMEX,    PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517967941       +BARCLAYS BANK DELAWARE,     P.O. BOX 8803,    WILMINGTON, DE 19899-8803
517967942       +CAP1/DBARN,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517967949       +CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57104-6497
517967950       +CCS/FIRST NATIONAL BAN,     500 EAST 60TH ST NORTH,    SIOUX FALLS, SD 57104-0478
517967951       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517967952       +CITI,    PO BOX 6190,    SIOUX FALLS, SD 57117-6190
517967948      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: CBNA,     50 NORTHWEST POINT ROAD,    ELK GROVE VILLAGE, IL 60007)
517967957       +COMENITYCB/DELL,    PO BOX 182120,    COLUMBUS, OH 43218-2120
518074356        Capital One, N.A.,     c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518147407       +City of Paterson ATTN: Lien Department,     155 Market St.,    Paterson NJ 07505-1414
517967958       +Convergent,    800 SW 39th St.,    Renton, WA 98057-4927
517967960       +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517967961       +FIRST PREMIER BANK,    601 S MINNESOTA AVE,     SIOUX FALLS, SD 57104-4868
517967964       +FNCC,    500 EAST 60TH ST NORTH,    SIOUX FALLS, SD 57104-0478
517967966       +GMAC MORTGAGE,    3451 HAMMOND AVE,    WATERLOO, IA 50702-5300
517967971       +HY CITE/ROYAL PRESTIGE,    333 HOLTZMAN RD,     MADISON, WI 53713-2109
517967967       +Hackensack Meridian Health,     30 Prospect Ave,    Hackensack, NJ 07601-1915
517967968       +Hackensack Radiology GRP,     PO Box 416367,    Boston, MA 02241-6367
517967969       +Hackensack University Medical Center,     ATTN: Transworld Systems Inc,    1 Huntington Quadrangle,
                  Suite 2S01,    Melville, NY 11747-4438
517967970       +Hackensack University Medical Center,     PO BOX 95000,    Philadelphia, PA 19195-0001
517967975       +MCS Claim Services, Inc.,     123 Frost Street,    Suite 150,    Westbury, NY 11590-5027
517967976       +MERCURY/FBT,    PO BOX 84064,    COLUMBUS, GA 31908-4064
517967978        North  Shore Agency, Inc,    PO Box 8901,    Westbury, NY 11590
517967979       +Ocwen Loan Servicing,    PO Box 24736,    West Palm Beach, FL 33416-4736
518030165        Ocwen Loan Servicing, LLC,     ATTN: Bankruptcy Department,    P.O. Box 24605,
                  West Palm Beach, FL 33416-4605
517967980       +SANTANDER CONSUMER USA,    PO BOX 961245,     FT WORTH, TX 76161-0244
518147408       +Specialized Loan Servicing, LLC,     8742 Lucent Blvdm Suite 300,
                  Highlands Ranch, CO 80129-2386
517967982       +St Josephs Emergency Physicians,     PO Box 14000,    Belfast, ME 04915-4033
517967983       +St Josephs Regional Medical Center,     PO Box 32025,    New York, NY 10087-2025
517968000       +TBOM/ATLS/FORTIVA THD,    PO BOX 10555,     ATLANTA, GA 30310-0555
517968001       +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
518103208       +The Bank of Missouri,    PO Box 105555,     Atlanta, GA 30348-5555
518005005       +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517968002      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US BANK,     4325 17TH AVE S,    FARGO, ND 58125)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:40      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:36
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517967936       +E-mail/Text: ally@ebn.phinsolutions.com Mar 29 2019 00:19:24      ALLY FINANCIAL,
                  200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517967938       +E-mail/Text: g17768@att.com Mar 29 2019 00:19:27      AT & T,   PO Box 5014,
                  Carol Stream, IL 60197-5014
518074420       +E-mail/Text: g20956@att.com Mar 29 2019 00:21:19      AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
517967943       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:23:45      CAP1/NEIMN,
                  26525 N RIVERWOODS BLVD,    METTAWA, IL 60045-3440
517967946       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:23:44      CAPITAL ONE,
                  PO BOX 5253,    CAROL STREAM, IL 60197-5253
517967945       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:23:44      CAPITAL ONE,
                  PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517967944        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:22:22      CAPITAL ONE,
                  15000 CAPITAL ONE DR,    RICHMOND, VA 23238
517967953       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 00:20:18      COMENITY BANK/EXPRESS,
                  PO BOX 182789,    COLUMBUS, OH 43218-2789
517967954       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 00:20:18      COMENITYBANK/NY&CO,
                  PO BOX 182789,    COLUMBUS, OH 43218-2789
517967955       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 00:20:18      COMENITYBANK/VICTORIA,
                  PO BOX 182789,    COLUMBUS, OH 43218-2789
518044983       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 00:22:33
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
```

```
District/off: 0312-2           User: admin              Page 2 of 3                   Date Rcvd: Mar 28, 2019
                               Form ID: pdf901          Total Noticed: 87

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518026138      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:10      Dr Leonards Shop Now,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517967959      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:10      Dr. Leonards,   Shop Now,
                 Pay Plan,   PO Box 2852,    Monroe, WI 53566-8052
517967965      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 29 2019 00:21:57      GENESIS BC/CELTIC BANK,
                 268 S STATE ST, STE 300,    SALT LAKE CITY, UT 84111-5314
518027985       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2019 00:21:00      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517967972      +E-mail/Text: bncnotices@becket-lee.com Mar 29 2019 00:19:36      KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
518129798       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2019 00:23:16      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518021616       E-mail/Text: bkr@cardworks.com Mar 29 2019 00:19:10      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517967977      +E-mail/Text: bkr@cardworks.com Mar 29 2019 00:19:10      MERRICK BANK CORP,    PO BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
518026140      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:11      Mason,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517967973       E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:11      Mason Easy-Pay,    P.O.Box 2808,
                 Monroe, WI 53566-8008
518026141      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:11      Massey's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517967974      +E-mail/Text: bankruptcy@sccompanies.com Mar 29 2019 00:19:12      Masseys,    P.O. Box 2822,
                 Monroe, WI 53566-8022
518122098       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:34:38
                 Portfolio Recovery Associates, LLC,    c/o Banana Republic,    POB 41067,   Norfolk VA 23541
518102098       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:09
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,   Norfolk VA 23541
518121865       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:10
                 Portfolio Recovery Associates, LLC,    c/o Gap,   POB 41067,    Norfolk VA 23541
518121879       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:35:05
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,   POB 41067,    Norfolk VA 23541
518077288       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:51
                 Portfolio Recovery Associates, LLC,    c/o Qcard,   POB 41067,    Norfolk VA 23541
518138842       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:08
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
517994967      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2019 00:21:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518044305       E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 00:20:28
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,   Kirkland, WA 98083-0788
518121310       E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 00:20:28
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
517967981       E-mail/Text: appebnmailbox@sprint.com Mar 29 2019 00:20:33      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197
517967987      +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Mar 29 2019 00:20:01
                 STATE FARM BANK, F.S.B,    PO BOX 2313,    BLOOMINGTON, IL 61702-2313
517967988      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:36      SYNCB/BANANA REP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967990      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:54      SYNCB/EVINE,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967991      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:36      SYNCB/GAP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967993      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:56      SYNCB/LORD & TAY,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
517967994      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:36      SYNCB/LOWES,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967995      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:54      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517967997      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:36      SYNCB/QVC,    PO BOX 965018,
                 ORLANDO, FL 32896-5018
517967999      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:36      SYNCB/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
518070192       E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Mar 29 2019 00:20:01
                 State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,   Bloomington, IL 61702-2328
517969373      +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:54      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517968003      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2019 00:19:16
                 VERIZON,   PO BOX 650584,    DALLAS, TX 75265-0584
517968004      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2019 00:19:16
                 VERIZON WIRELESS,    PO BOX 650051,    DALLAS, TX 75265-0051
518122275      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 00:22:33      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517968005      +E-mail/Text: bnc-bluestem@quantum3group.com Mar 29 2019 00:21:22      WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 51
```

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Mar 28, 2019
                               Form ID: pdf901          Total Noticed: 87

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517967939*       +AT & T,    PO Box 5014,    Carol Stream, IL 60197-5014
517967940*       +AT & T,    PO Box 5014,    Carol Stream, IL 60197-5014
517967947*       +CAPITAL ONE,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
517967956*       +COMENITYBANK/VICTORIA,    PO BOX 182789,    COLUMBUS, OH 43218-2789
517967962*       +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
517967963*       +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
517967989*       +SYNCB/BANANA REP,    PO BOX 965005,    ORLANDO, FL 32896-5005
517967992*       +SYNCB/GAP,    PO BOX 965005,    ORLANDO, FL 32896-5005
517967996*       +SYNCB/OLD NAVY,    PO BOX 965005,    ORLANDO, FL 32896-5005
517967998*       +SYNCB/QVC,    PO BOX 965018,    ORLANDO, FL 32896-5018
517967984*       +St Josephs Regional Medical Center,    PO Box 32025,    New York, NY 10087-2025
517967985*       +St Josephs Regional Medical Center,    PO Box 32025,    New York, NY 10087-2025
517967986*       +St Josephs Regional Medical Center,    PO Box 32025,    New York, NY 10087-2025
                                                                                  TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Tows Point Master Funding Trust 2018-PM22 CO1, U.S.
               Bank National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Tows Point Master Funding Trust 2018-PM22 CO1,
               U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Glenny  Paula-Jimenez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```