| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re:<br><br>GLENNY PAULA-JIMENEZ<br><br>Debtor(s) |

Order Filed on June 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-10814

Chapter 13

Judge:  The Honorable Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 12, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

  <u>X</u>    through the Chapter 13 plan as an administrative priority.

  ___    outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Glenny Paula-Jimenez  
    Debtor

Case No. 19-10814-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 12, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

**Recip ID**      **Recipient Name and Address**  
db      + Glenny Paula-Jimenez, 164 22nd Ave, First Floor, Paterson, NJ 07513-1341

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
     on behalf of Creditor Tows Point Master Funding Trust 2018-PM22 CO1  U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan  
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 hkaplan@rasnj.com, kimwilson@raslg.com

Kevin Gordon McDonald  
     on behalf of Creditor Tows Point Master Funding Trust 2018-PM22 CO1  U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman  
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com

Marie-Ann Greenberg  
     magecf@magtrustee.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Russell L. Low
    on behalf of Debtor Glenny Paula-Jimenez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Shauna M Deluca
    on behalf of Creditor PHH Mortgage Corporation sdeluca@hasbanilight.com  hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY   AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY   AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10