Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 7, 2024

**Chapter 13 Case # 19-10814**

Re:   GLENNY PAULA-JIMENEZ                           Atty:   RUSSELL L LOW ESQ
164 22ND AVE, FIRST FLOOR                                    LOW & LOW ESQS
PATERSON, NJ  07513                                          505 MAIN STREET, SUITE 304
                                                             HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $41,149.14**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/08/2019 | $150.00 | 8712795062 | 03/12/2019 | $150.00 | 8712795272 |
| 04/16/2019 | $150.00 | 20898000834485 | 05/13/2019 | $714.00 | 17970523241 |
| 06/18/2019 | $714.00 | 17970524193 | 07/15/2019 | $714.02 | 6014343000 |
| 08/16/2019 | $714.02 | 6101138000 | 09/16/2019 | $714.02 | 6180757000 |
| 10/17/2019 | $714.02 | 6258966000 | 11/15/2019 | $714.02 | 6332473000 |
| 12/05/2019 | $714.02 | 6385761000 | 12/06/2019 | $714.02 | 6385761000 |
| 12/10/2019 | ($714.02) | 6385761000 | 01/14/2020 | $714.02 | 6480048000 |
| 02/18/2020 | $714.02 | 6565957000 | 03/16/2020 | $714.02 | 6644108000 |
| 04/14/2020 | $714.02 | 6710830000 | 05/06/2020 | $714.02 | 6772711000 |
| 06/09/2020 | $714.02 | 6853852000 | 07/14/2020 | $714.02 | 6938551000 |
| 08/18/2020 | $714.02 | 7019330000 | 09/15/2020 | $714.02 | 7086490000 |
| 10/16/2020 | $714.02 | 7163571000 | 11/16/2020 | $714.02 | 7235677000 |
| 12/15/2020 | $714.02 | 7308044000 | 01/19/2021 | $714.02 | 7386671000 |
| 02/18/2021 | $714.02 | 7461381000 | 03/18/2021 | $714.02 | 7532377000 |
| 04/19/2021 | $714.02 | 7606843000 | 05/18/2021 | $714.02 | 7679671000 |
| 06/18/2021 | $714.02 | 7751858000 | 07/19/2021 | $714.02 | 7820720000 |
| 08/19/2021 | $714.02 | 7889174000 | 09/17/2021 | $714.02 | 7954092000 |
| 10/18/2021 | $714.02 | 8021258000 | 11/15/2021 | $714.02 | 8083781000 |
| 12/14/2021 | $714.02 | 8145486000 | 01/18/2022 | $714.02 | 8212147000 |
| 02/08/2022 | $714.02 | 8263825000 | 03/15/2022 | $714.02 | 8340147000 |
| 04/18/2022 | $714.02 | 8409819000 | 05/11/2022 | $714.02 | 8460486000 |
| 06/16/2022 | $714.02 | 8533698000 | 07/18/2022 | $714.02 | 8591745000 |
| 08/16/2022 | $714.02 | 8652184000 | 09/16/2022 | $714.02 | 8712673000 |
| 10/17/2022 | $714.02 | 8772564000 | 11/16/2022 | $714.02 | 8829101000 |
| 12/16/2022 | $714.02 | 8887226000 | 12/22/2022 | ($714.02) | 8887226000 |
| 01/03/2023 | $714.02 | 8917789000 | 02/16/2023 | $714.02 | 9000480000 |
| 03/16/2023 | $714.02 | 9058640000 | 04/17/2023 | $714.02 | 9115950000 |
| 04/20/2023 | ($714.02) | 9115950000 | 05/22/2023 | $2,142.10 | 1740818705 |
| 06/26/2023 | $714.02 | 8007532120 | 07/17/2023 | $714.02 | 8007532203 |

Chapter 13 Case # 19-10814

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/21/2023 | $714.02 | 8007532298 | 09/06/2023 | $714.02 | 8007532324 |
| 10/17/2023 | $714.02 | 8007532444 | 12/05/2023 | $714.02 | 8007532594 |
| 12/12/2023 | $714.02 | 8007532643 | 12/19/2023 | $714.02 | 8007532538 |

**Total Receipts: $41,149.14  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $41,149.14**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,422.54 | |
| ATTY | ATTORNEY | ADMIN | 4,550.00 | 100.00% | 4,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AT&T MOBILITY II LLC | UNSECURED | 2,265.02 | * | 406.84 | |
| 0004 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAP1/DBARN | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAP1/NEIMN | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA) NA | UNSECURED | 3,890.39 | * | 698.79 | |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CCS/FIRST NATIONAL BAN | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | LVNV FUNDING LLC | UNSECURED | 2,358.95 | * | 423.71 | |
| 0015 | QUANTUM3 GROUP LLC | UNSECURED | 1,105.85 | * | 198.63 | |
| 0016 | COMENITYBANK/NY&CO | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | QUANTUM3 GROUP LLC | UNSECURED | 1,077.49 | * | 193.54 | |
| 0018 | COMENITYCB/DELL | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | DSNB MACYS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DR LEONARDS SHOP NOW | UNSECURED | 589.87 | * | 105.95 | |
| 0022 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 943.60 | * | 169.49 | |
| 0023 | FNCC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 691.84 | * | 124.26 | |
| 0025 | GMAC MORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | HY CITE/ROYAL PRESTIGE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | HACKENSACK MERIDIAN HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | HACKENSACK RADIOLOGY GRP | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | CAPITAL ONE, N.A. | UNSECURED | 1,218.93 | * | 218.94 | |
| 0033 | MERCURY/FBT | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MERRICK BANK | UNSECURED | 1,399.81 | * | 251.43 | |
| 0035 | MASON | UNSECURED | 723.31 | * | 129.92 | |
| 0036 | MASSEYS | UNSECURED | 538.92 | * | 96.80 | |
| 0038 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 413.79 | 100.00% | 413.79 | |
| 0039 | SANTANDER CONSUMER USA INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | STATE FARM BANK FSB | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0041 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 578.59 | * | 103.93 | |
| 0042 | SYNCB/EVINE | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 593.39 | * | 106.58 | |
| 0044 | SYNCB/LORD & TAY | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | SYNCB/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 476.25 | * | 85.54 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 653.87 | * | 117.45 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0048 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,107.63 | * | 198.95 | |
| 0049 | SPRINT | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | ST JOSEPHS EMERGENCY PHYSICIANS | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | ST JOSEPHS REGIONAL MEDICAL CENTE | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | THE BANK OF MISSOURI | UNSECURED | 3,522.20 | * | 632.66 | |
| 0053 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 416.15 | * | 74.75 | |
| 0057 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 196.18 | * | 35.24 | |
| 0058 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | AT & T | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | AT & T | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | COMENITYBANK/VICTORIA | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,007.19 | * | 180.91 | |
| 0064 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | ST JOSEPHS REGIONAL MEDICAL CENTE | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | ST JOSEPHS REGIONAL MEDICAL CENTE | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | ST JOSEPHS REGIONAL MEDICAL CENTE | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | SYNCB/BANANA REP | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | SYNCB/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | SYNCB/OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | SYNCB/QVC | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 29,067.08 | 100.00% | 29,067.08 | |
| 0073 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 787.33 | * | 141.42 | |
| 0074 | CITY OF PATERSON | SECURED | 0.00 | 100.00% | 0.00 | |

**Total Paid: $41,149.14**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---:|---:|---|---|---:|---:|
| **AT&T MOBILITY II LLC** | | | | | | | |
| | 07/17/2023 | $5.66 | 913126 | | 08/14/2023 | $57.84 | 914644 |
| | 09/18/2023 | $57.83 | 916139 | | 10/16/2023 | $57.84 | 917634 |
| | 11/13/2023 | $56.93 | 919065 | | 01/08/2024 | $170.74 | 921870 |
| **CAPITAL ONE BANK (USA) NA** | | | | | | | |
| | 07/17/2023 | $9.71 | 913180 | | 08/14/2023 | $99.34 | 914698 |
| | 09/18/2023 | $99.37 | 916194 | | 10/16/2023 | $99.35 | 917676 |
| | 11/13/2023 | $97.75 | 919114 | | 01/08/2024 | $293.27 | 921915 |
| **CAPITAL ONE, N.A.** | | | | | | | |
| | 08/14/2023 | $34.18 | 914705 | | 09/18/2023 | $31.12 | 916201 |
| | 10/16/2023 | $31.13 | 917683 | | 11/13/2023 | $30.63 | 919121 |
| | 01/08/2024 | $91.88 | 921921 | | | | |
| **DR LEONARDS SHOP NOW** | | | | | | | |
| | 08/14/2023 | $16.53 | 914818 | | 09/18/2023 | $15.07 | 916313 |
| | 10/16/2023 | $15.06 | 917790 | | 11/13/2023 | $14.83 | 919236 |
| | 01/08/2024 | $44.46 | 922027 | | | | |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | | |
| | 08/14/2023 | $26.46 | 8003640 | | 08/14/2023 | $28.24 | 8003640 |
| | 09/18/2023 | $25.72 | 8003693 | | 09/18/2023 | $24.09 | 8003693 |
| | 10/16/2023 | $24.10 | 8003752 | | 10/16/2023 | $25.72 | 8003752 |
| | 11/13/2023 | $25.31 | 8003809 | | 11/13/2023 | $23.71 | 8003809 |
| | 01/08/2024 | $71.13 | 8003910 | | 01/08/2024 | $75.92 | 8003910 |

**Chapter 13 Case # 19-10814**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 07/17/2023 | $5.89 | 913469 | | 08/14/2023 | $60.24 | 914984 |
| | 09/18/2023 | $60.24 | 916481 | | 10/16/2023 | $60.24 | 917954 |
| | 11/13/2023 | $59.28 | 919401 | | 01/08/2024 | $177.82 | 922185 |
| MASON | | | | | | | |
| | 08/14/2023 | $20.28 | 914209 | | 09/18/2023 | $18.47 | 915692 |
| | 10/16/2023 | $18.47 | 917213 | | 11/13/2023 | $18.18 | 918640 |
| | 01/08/2024 | $54.52 | 921483 | | | | |
| MASSEYS | | | | | | | |
| | 08/14/2023 | $15.11 | 915006 | | 09/18/2023 | $13.76 | 916503 |
| | 10/16/2023 | $13.76 | 917974 | | 11/13/2023 | $13.55 | 919421 |
| | 01/08/2024 | $40.62 | 922202 | | | | |
| MERRICK BANK | | | | | | | |
| | 08/14/2023 | $39.24 | 915011 | | 09/18/2023 | $35.75 | 916509 |
| | 10/16/2023 | $35.75 | 917981 | | 11/13/2023 | $35.17 | 919428 |
| | 01/08/2024 | $105.52 | 922208 | | | | |
| PHH MORTGAGE CORPORATION | | | | | | | |
| | 10/21/2019 | $5.47 | 835836 | | 11/18/2019 | $31.02 | 837898 |
| | 12/16/2019 | $31.02 | 839804 | | 01/13/2020 | $31.02 | 841688 |
| | 03/16/2020 | $28.21 | 845488 | | 04/20/2020 | $64.86 | 847430 |
| | 05/18/2020 | $29.45 | 849259 | | 06/15/2020 | $29.45 | 850946 |
| | 07/20/2020 | $30.27 | 852774 | | 08/17/2020 | $30.27 | 854625 |
| | 09/21/2020 | $30.27 | 856475 | | 10/19/2020 | $30.27 | 858322 |
| | 11/16/2020 | $11.94 | 860106 | | 12/21/2020 | $30.27 | 861952 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/14/2023 | $16.22 | 8003637 | | 08/14/2023 | $16.63 | 8003637 |
| | 08/14/2023 | $13.35 | 8003637 | | 08/14/2023 | $18.33 | 8003637 |
| | 08/14/2023 | $31.05 | 8003637 | | 08/14/2023 | $22.07 | 8003637 |
| | 09/18/2023 | $20.11 | 8003690 | | 09/18/2023 | $28.29 | 8003690 |
| | 09/18/2023 | $16.69 | 8003690 | | 09/18/2023 | $12.16 | 8003690 |
| | 09/18/2023 | $15.16 | 8003690 | | 09/18/2023 | $14.77 | 8003690 |
| | 10/16/2023 | $14.79 | 8003749 | | 10/16/2023 | $15.15 | 8003749 |
| | 10/16/2023 | $12.16 | 8003749 | | 10/16/2023 | $16.71 | 8003749 |
| | 10/16/2023 | $28.29 | 8003749 | | 10/16/2023 | $20.11 | 8003749 |
| | 11/13/2023 | $19.77 | 8003806 | | 11/13/2023 | $27.83 | 8003806 |
| | 11/13/2023 | $16.42 | 8003806 | | 11/13/2023 | $11.97 | 8003806 |
| | 11/13/2023 | $14.91 | 8003806 | | 11/13/2023 | $14.53 | 8003806 |
| | 01/08/2024 | $43.62 | 8003906 | | 01/08/2024 | $44.73 | 8003906 |
| | 01/08/2024 | $35.90 | 8003906 | | 01/08/2024 | $49.30 | 8003906 |
| | 01/08/2024 | $83.49 | 8003906 | | 01/08/2024 | $59.36 | 8003906 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 08/14/2023 | $30.20 | 8003636 | | 08/14/2023 | $19.40 | 8003636 |
| | 08/14/2023 | $31.00 | 8003636 | | 09/18/2023 | $28.24 | 8003692 |
| | 09/18/2023 | $17.66 | 8003692 | | 09/18/2023 | $27.52 | 8003692 |
| | 10/16/2023 | $27.52 | 8003758 | | 10/16/2023 | $17.67 | 8003758 |
| | 10/16/2023 | $28.24 | 8003758 | | 11/13/2023 | $27.79 | 8003807 |
| | 11/13/2023 | $17.39 | 8003807 | | 11/13/2023 | $27.07 | 8003807 |
| | 01/08/2024 | $81.23 | 8003907 | | 01/08/2024 | $52.14 | 8003907 |
| | 01/08/2024 | $83.36 | 8003907 | | | | |

**Chapter 13 Case # 19-10814**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 10/21/2019 | $113.99 | 836005 | | 11/18/2019 | $645.87 | 838051 |
| | 12/16/2019 | $645.87 | 839932 | | 01/13/2020 | $645.87 | 841823 |
| | 03/16/2020 | $587.35 | 845628 | | 04/20/2020 | $1,350.25 | 847586 |
| | 05/18/2020 | $613.17 | 849394 | | 06/15/2020 | $613.17 | 851081 |
| | 07/20/2020 | $630.20 | 852938 | | 08/17/2020 | $630.20 | 854770 |
| | 09/21/2020 | $630.20 | 856636 | | 10/19/2020 | $630.20 | 858476 |
| | 11/16/2020 | $248.53 | 859534 | | 12/21/2020 | $630.20 | 861346 |
| | 02/22/2021 | $1,320.94 | 864798 | | 04/19/2021 | $1,320.94 | 868321 |
| | 06/21/2021 | $1,331.65 | 872021 | | 07/19/2021 | $671.18 | 873829 |
| | 09/20/2021 | $1,342.36 | 877238 | | 10/18/2021 | $671.18 | 879022 |
| | 12/13/2021 | $678.32 | 882351 | | 01/10/2022 | $678.32 | 884010 |
| | 02/14/2022 | $678.32 | 885692 | | 03/14/2022 | $1,356.64 | 887404 |
| | 04/18/2022 | $689.03 | 889083 | | 06/20/2022 | $1,378.06 | 892474 |
| | 07/18/2022 | $689.03 | 894213 | | 09/19/2022 | $1,378.06 | 897370 |
| | 10/17/2022 | $689.03 | 899035 | | 12/12/2022 | $674.75 | 902176 |
| | 01/09/2023 | $674.75 | 903662 | | 01/09/2023 | ($674.75) | 903662 |
| | 01/09/2023 | $674.75 | 904808 | | 02/13/2023 | $674.75 | 905168 |
| | 04/17/2023 | $1,349.50 | 908352 | | 06/12/2023 | $1,602.86 | 911437 |
| | 07/17/2023 | $602.34 | 912951 | | | | |
| THE BANK OF MISSOURI | | | | | | | |
| | 07/17/2023 | $8.79 | 913962 | | 08/14/2023 | $89.94 | 915427 |
| | 09/18/2023 | $89.96 | 916965 | | 10/16/2023 | $89.95 | 918399 |
| | 11/13/2023 | $88.50 | 919843 | | 01/08/2024 | $265.52 | 922605 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 08/14/2023 | $11.67 | 914370 | | 08/14/2023 | $5.50 | 914370 |
| | 09/18/2023 | $5.01 | 915865 | | 09/18/2023 | $10.62 | 915865 |
| | 10/16/2023 | $10.63 | 917368 | | 10/16/2023 | $5.01 | 917368 |
| | 11/13/2023 | $10.46 | 918795 | | 01/08/2024 | $31.37 | 921617 |
| | 01/08/2024 | $19.72 | 921617 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: February 07, 2024.

Receipts: $41,149.14   -   Paid to Claims: $34,176.60   -   Admin Costs Paid: $6,972.54   =   Funds on Hand: $0.00

Base Plan Amount: $41,149.14   -   Receipts: $41,149.14   =   Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.