| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Glenny Paula-Jimenez<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx-xx-6288<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  19-10814-VFP | | |

# Order of Discharge                                                              12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Glenny Paula-Jimenez
    aka Glenny P. Jimenez

<u>2/13/24</u>                                                              **By the court:** <u>Vincent F. Papalia</u>
                                                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Glenny Paula-Jimenez  
    Debtor

Case No. 19-10814-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 6  
Date Rcvd: Feb 13, 2024  Form ID: 3180W  Total Noticed: 96

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenny Paula-Jimenez, 164 22nd Ave, First Floor, Paterson, NJ 07513-1341 |
| 517967957 | + | COMENITYCB/DELL, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 518147407 | + | City of Paterson ATTN: Lien Department, 155 Market St., Paterson NJ 07505-1414 |
| 517967966 | + | GMAC MORTGAGE, 3451 HAMMOND AVE, WATERLOO, IA 50702-5345 |
| 517967967 | + | Hackensack Meridian Health, 30 Prospect Ave, Hackensack, NJ 07601-1915 |
| 517967968 | + | Hackensack Radiology GRP, PO Box 416367, Boston, MA 02241-6367 |
| 517967969 | + | Hackensack University Medical Center, ATTN: Transworld Systems Inc, 1 Huntington Quadrangle, Suite 2S01, Melville, NY 11747-4438 |
| 517967970 | + | Hackensack University Medical Center, PO BOX 95000, Philadelphia, PA 19195-0001 |
| 517967975 | + | MCS Claim Services, Inc., 123 Frost Street, Suite 150, Westbury, NY 11590-5027 |
| 517967978 | | North Shore Agency, Inc, PO Box 8901, Westbury, NY 11590 |
| 517967982 | + | St Josephs Emergency Physicians, PO Box 14000, Belfast, ME 04915-4033 |
| 517967983 | + | St Josephs Regional Medical Center, PO Box 32025, New York, NY 10087-2025 |
| 517969373 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Feb 14 2024 01:47:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517967936 | + | EDI: GMACFS.COM | Feb 14 2024 01:47:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 517967937 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2024 21:07:55 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 517967938 | + | EDI: ATTWIREBK.COM | Feb 14 2024 01:47:00 | AT & T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 518074420 | + | EDI: CINGMIDLAND.COM | Feb 14 2024 01:47:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517967941 | + | EDI: TSYS2 | Feb 14 2024 01:47:00 | BARCLAYS BANK DELAWARE, P.O. BOX 8803, WILMINGTON, DE 19899-8803 |
| 517967942 | + | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | CAP1/DBARN, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517967943 | + | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | CAP1/NEIMN, 26525 N RIVERWOODS BLVD, METTAWA, IL 60045-3440 |
| 517967946 | + | EDI: CAPITALONE.COM | | |

Case 19-10814-VFP    Doc 71    Filed 02/15/24    Entered 02/16/24 00:22:00    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 3180W | Total Noticed: 96 |

| | | | |
|---|---|---|---|
| | | Feb 14 2024 01:47:00 | CAPITAL ONE, PO BOX 5253, CAROL STREAM, IL 60197-5253 |
| 517967945 | + EDI: CAPITALONE.COM | | |
| | | Feb 14 2024 01:47:00 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517967944 | EDI: CAPITALONE.COM | | |
| | | Feb 14 2024 01:47:00 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517967949 | + EDI: CITICORP | | |
| | | Feb 14 2024 01:47:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517967952 | + EDI: CITICORP | | |
| | | Feb 14 2024 01:47:00 | CITI, PO BOX 6190, SIOUX FALLS, SD 57117-6190 |
| 517967948 | EDI: CITICORP | | |
| | | Feb 14 2024 01:47:00 | CBNA, 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE, IL 60007 |
| 517967953 | + EDI: WFNNB.COM | | |
| | | Feb 14 2024 01:47:00 | COMENITY BANK/EXPRESS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517967954 | + EDI: WFNNB.COM | | |
| | | Feb 14 2024 01:47:00 | COMENITYBANK/NY&CO, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517967955 | + EDI: WFNNB.COM | | |
| | | Feb 14 2024 01:47:00 | COMENITYBANK/VICTORIA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518044983 | + EDI: AIS.COM | | |
| | | Feb 14 2024 01:47:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518074356 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 13 2024 21:18:14 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517967958 | + EDI: CONVERGENT.COM | | |
| | | Feb 14 2024 01:47:00 | Convergent, 800 SW 39th St., Renton, WA 98057-4927 |
| 517967960 | EDI: CITICORP | | |
| | | Feb 14 2024 01:47:00 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 520159758 | + Email/Text: RASEBN@raslg.com | | |
| | | Feb 13 2024 21:02:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520161560 | + Email/Text: RASEBN@raslg.com | | |
| | | Feb 13 2024 21:02:00 | Deutsche Bank National Trust Company,, ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA 30004-2001 |
| 518196556 | + EDI: LCIPHHMRGT | | |
| | | Feb 14 2024 01:47:00 | Deutsche Bank National Trust Company, as Trustee, c/o PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054, Deutsche Bank National Trust Company, as 08054-4637 |
| 518653620 | + Email/Text: RASEBN@raslg.com | | |
| | | Feb 13 2024 21:02:00 | Ditech Financial LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518026138 | + EDI: CBSAMERIMARK | | |
| | | Feb 14 2024 01:47:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517967959 | + EDI: CBSAMERIMARK | | |
| | | Feb 14 2024 01:47:00 | Dr. Leonards, Shop Now, Pay Plan, PO Box 2852, Monroe, WI 53566-8052 |
| 517967950 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Feb 13 2024 21:03:00 | CCS/FIRST NATIONAL BAN, 500 EAST 60TH ST NORTH, SIOUX FALLS, SD 57104 |
| 517967964 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Feb 13 2024 21:03:00 | FNCC, 500 EAST 60TH ST NORTH, SIOUX FALLS, SD 57104 |
| 517967961 | + EDI: AMINFOFP.COM | | |
| | | Feb 14 2024 01:47:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 517967965 | + EDI: PHINGENESIS | | |
| | | Feb 14 2024 01:47:00 | GENESIS BC/CELTIC BANK, 268 S STATE ST, STE 300, SALT LAKE CITY, UT 84111-5314 |
| 517967971 | Email/Text: bankruptcynotices@hycite.com | | |

Case 19-10814-VFP    Doc 71    Filed 02/15/24    Entered 02/16/24 00:22:00    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 3180W | Total Noticed: 96 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 13 2024 21:03:00 | HY CITE/ROYAL PRESTIGE, 333 HOLTZMAN RD, MADISON, WI 53713 |
| 518027985 | | EDI: JEFFERSONCAP.COM | Feb 14 2024 01:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517967951 | | EDI: JPMORGANCHASE | Feb 14 2024 01:47:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 517967972 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 13 2024 21:02:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 518070192 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 13 2024 21:02:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 517967987 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 13 2024 21:02:00 | STATE FARM BANK, F.S.B, PO BOX 2313, BLOOMINGTON, IL 61702 |
| 518129798 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 21:07:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517967976 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 13 2024 21:02:00 | MERCURY/FBT, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 518021616 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2024 21:07:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517967977 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2024 21:07:32 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 518026140 | + | EDI: CBSMASON | Feb 14 2024 01:47:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517967973 | | EDI: CBSMASON | Feb 14 2024 01:47:00 | Mason Easy-Pay, P.O.Box 2808, Monroe, WI 53566-8008 |
| 518026141 | + | EDI: CBSMASON | Feb 14 2024 01:47:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517967974 | + | EDI: CBSMASON | Feb 14 2024 01:47:00 | Masseys, P.O. Box 2822, Monroe, WI 53566-8022 |
| 517967979 | + | EDI: LCIPHHMRGT | Feb 14 2024 01:47:00 | Ocwen Loan Servicing, PO Box 24736, West Palm Beach, FL 33416-4736 |
| 518030165 | | EDI: LCIPHHMRGT | Feb 14 2024 01:47:00 | Ocwen Loan Servicing, LLC, ATTN: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 518196555 | + | EDI: LCIPHHMRGT | Feb 14 2024 01:47:00 | PHH Mortgage Corporation, PO Box 24781, Attn: SV 19, West Palm Beach, FL 33416-4781 |
| 518653621 | + | Email/Text: RASEBN@raslg.com | Feb 13 2024 21:02:00 | PHH Mortgage Corporation, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518122098 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 518102098 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518121865 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518121879 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518077288 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 518138842 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517994967 | + | EDI: JEFFERSONCAP.COM | Feb 14 2024 01:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

| | | | |
|---|---|---|---|
| Case 19-10814-VFP | Doc 71 | Filed 02/15/24 | Entered 02/16/24 00:22:00 Desc Imaged |
| | Certificate of Notice | Page 6 of 8 | |

District/off: 0312-2            User: admin            Page 4 of 6

Date Rcvd: Feb 13, 2024            Form ID: 3180W            Total Noticed: 96

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 56302-7999 |
| 518121310 | EDI: Q3G.COM | Feb 14 2024 01:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518044305 | EDI: Q3G.COM | Feb 14 2024 01:47:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520161561 | + Email/Text: RASEBN@raslg.com | Feb 13 2024 21:02:00 | Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, Authorized Agent for Secured Creditor, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 517967980 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 13 2024 21:04:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 517967981 | EDI: AISSPRINT | Feb 14 2024 01:47:00 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 517967988 | + EDI: SYNC | Feb 14 2024 01:47:00 | SYNCB/BANANA REP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517967990 | + EDI: SYNC | Feb 14 2024 01:47:00 | SYNCB/EVINE, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517967991 | + EDI: SYNC | Feb 14 2024 01:47:00 | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517967993 | + EDI: SYNC | Feb 14 2024 01:47:00 | SYNCB/LORD & TAY, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 517967994 | + EDI: SYNC | Feb 14 2024 01:47:00 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517967995 | + EDI: SYNC | Feb 14 2024 01:47:00 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517967997 | + EDI: SYNC | Feb 14 2024 01:47:00 | SYNCB/QVC, PO BOX 965018, ORLANDO, FL 32896-5018 |
| 517967999 | + EDI: SYNC | Feb 14 2024 01:47:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 519494929 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 13 2024 21:03:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519494930 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 13 2024 21:03:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518147408 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 13 2024 21:03:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517968000 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 13 2024 21:02:00 | TBOM/ATLS/FORTIVA THD, PO BOX 10555, ATLANTA, GA 30310-0555 |
| 517968001 | + EDI: CITICORP | Feb 14 2024 01:47:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518103208 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 13 2024 21:02:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518005005 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 13 2024 21:03:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517968002 | EDI: USBANKARS.COM | Feb 14 2024 01:47:00 | US BANK, 4325 17TH AVE S, FARGO, ND 58125 |
| 517968003 | + EDI: VERIZONCOMB.COM | Feb 14 2024 01:47:00 | VERIZON, PO BOX 650584, DALLAS, TX 75265-0584 |
| 517968004 | + EDI: VERIZONCOMB.COM | Feb 14 2024 01:47:00 | VERIZON WIRELESS, PO BOX 650051, DALLAS, TX 75265-0051 |
| 518122275 | + EDI: AIS.COM | | |

Case 19-10814-VFP    Doc 71    Filed 02/15/24    Entered 02/16/24 00:22:00    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 3180W | Total Noticed: 96 |

| | | Feb 14 2024 01:47:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 517968005 | + EDI: BLUESTEM | | |
| | | Feb 14 2024 01:47:00 | WEBBANK/FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 83

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PHH Mortgage Corporation, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517967940 | *+ | AT & T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 517967939 | *+ | AT & T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 517967947 | *+ | CAPITAL ONE, PO BOX 5253, CAROL STREAM, IL 60197-5253 |
| 517967956 | *+ | COMENITYBANK/VICTORIA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517967962 | *+ | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 517967963 | *+ | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 519846555 | *+ | PHH Mortgage Corporation, PO Box 24781, Attn: SV 19, West Palm Beach, FL 33416-4781 |
| 517967989 | *+ | SYNCB/BANANA REP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517967992 | *+ | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517967996 | *+ | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517967998 | *+ | SYNCB/QVC, PO BOX 965018, ORLANDO, FL 32896-5018 |
| 517967986 | *+ | St Josephs Regional Medical Center, PO Box 32025, New York, NY 10087-2025 |
| 517967984 | *+ | St Josephs Regional Medical Center, PO Box 32025, New York, NY 10087-2025 |
| 517967985 | *+ | St Josephs Regional Medical Center, PO Box 32025, New York, NY 10087-2025 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Tows Point Master Funding Trust 2018-PM22 CO1  U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 hkaplan@rasnj.com, kimwilson@raslg.com |
| Kevin Gordon McDonald | on behalf of Creditor Tows Point Master Funding Trust 2018-PM22 CO1  U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 kimwilson@raslg.com |

Case 19-10814-VFP    Doc 71    Filed 02/15/24    Entered 02/16/24 00:22:00    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0312-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 3180W | Total Noticed: 96 |

Laura M. Egerman
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Russell L. Low
    on behalf of Debtor Glenny Paula-Jimenez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Shauna M Deluca
    on behalf of Creditor PHH Mortgage Corporation sdeluca@hasbanilight.com  hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12