Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10814−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glenny Paula−Jimenez
   aka Glenny P. Jimenez
   164 22nd Ave, First Floor
   Paterson, NJ 07513

Social Security No.:
   xxx−xx−6288

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Glenny Paula−Jimenez
          Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 29, 2024
JAN: mlc

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 19-10814-VFP

Glenny Paula-Jimenez    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 29, 2024 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenny Paula-Jimenez, 164 22nd Ave, First Floor, Paterson, NJ 07513-1341 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Tows Point Master Funding Trust 2018-PM22 CO1  U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 hkaplan@rasnj.com, kimwilson@raslg.com |
| Kevin Gordon McDonald | on behalf of Creditor Tows Point Master Funding Trust 2018-PM22 CO1  U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 kimwilson@raslg.com |
| Laura M. Egerman | |

Case 19-10814-VFP    Doc 73    Filed 03/02/24    Entered 03/03/24 00:18:27    Desc Imaged
                        Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: ntcfncur | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Glenny Paula-Jimenez ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor PHH Mortgage Corporation sdeluca@hasbanilight.com hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST, SERIES 2007-SEA1 smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12